# Exhibit D

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## CHANCERY DIVISION

| | |
|---|---|
| CANDICE WILHELM, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OKCOIN USA, INC.,<br><br>　　　　Defendant. | Case No. 2023CH08566 |

## DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL

**TO THE CLERK:**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441, 1446, and 1453, Defendant OKCoin USA, Inc., by and through its undersigned counsel, hereby files a copy of its Notice of Removal, attached as **Exhibit 1**, which was filed today in the United States District Court for the Northern District of Illinois, Eastern Division. Based on this removal, no further proceedings in this court shall occur.

Dated: November 3, 2023

Respectfully Submitted,

*/s/ Scott T. Sakiyama*
Scott T. Sakiyama (Ill. Bar No. 6302903)
Orrick, Herrington & Sutcliffe LLP
353 N Clark Street, Suite 3600
Chicago, IL 60654
T (312) 924-9800
F (312) 924-9899
ssakiyama@orrick.com
Firm ID: 59103

## CERTIFICATE OF SERVICE

I, Scott Sakiyama, an attorney, certify that a true and correct copy of the foregoing **Notice of Notice of Removal, as well as the accompanying exhibit**, was served via the Court's electronic filing system and via e-mail on the following this 3rd day of November 2023. Under penalties as provided by Illinois law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct.

Michael L. Fradlin, Esq.
8 N. Court St. Suite 403
Athens, Ohio 45701
T: 847-986-5889
F: 847-673-1228
mike@fradinlaw.com

James L. Simon
Simon Law Co.
11 ½ N. Franklin Street
Chagrin Falls, Ohio 44022
T: (216) 816-8696
james@simonsayspay.com

*Counsel for Plaintiff Candice Wilhelm*

/s/ Scott T. Sakiyama

Scott T. Sakiyama
ORRICK, HERRINGTON & SUTCLIFFE LLP
353 N. Clark Street, Suite 3600
Chicago, Illinois 60654
T :(312) 924-9800
F: (312) 924-9899
ssakiyama@orrick.com

*Counsel for Defendant OKCoin USA Inc.*