**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CANDICE WILHELM, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No. 23-cv-15635 |
| OKCOIN USA, INC., | Honorable Sharon Johnson Coleman |
| Defendant. | |

## PARTIES' JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY

The Parties jointly advise the Court that they have reached a settlement agreement in principle and are working to finalize the settlement documents. The Parties anticipate finalizing the settlement and that Plaintiff will dismiss this action within thirty (30) days. In light of the settlement, the Parties respectfully request that the Court stay the case, including, but not limited to striking the currently scheduled January 5, 2024, status hearing and the deadline for the associated Joint Status Report (see Dkt. 7), as the Parties believe a hearing will be unnecessary given the recently reached settlement. The Parties stand ready to comply with any further orders of the Court.

Date: December 27, 2023          Respectfully Submitted,


By: /s/ Michael L. Fradin          By: /s/ Scott T. Sakiyama

Michael L. Fradin, Esq.          Scott T. Sakiyama
8 N. Court St., Suite 403          (State Bar No. 6302903)
Athens, Ohio 45701          ssakiyama@orrick.com
Telephone: 847-986-5889          353 N Clark Street
Facsimile: 847-673-1228          Chicago, Illinois 60654
Email: mike@fradinlaw.com          T (312)-924-9800
          F (312) 924-9899

James L. Simon (*pro hac vice* forthcoming)
Simon Law Co.                                    *Attorney for Defendant OKCoin, USA, Inc.*
11 1/2 N. Franklin Street
Chagrin Falls, Ohio 44022
Telephone: (216) 816-8696
Email: james@simonsayspay.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 27th day of December 2023, the foregoing document was

served on counsel of record for Plaintiff Candice Wilhelm, listed below, via email:

Michael L. Fradlin, Esq.
8 N. Court St. Suite 403
Athens, Ohio 45701
T: 847-986-5889
F: 847-673-1228
mike@fradinlaw.com

James L. Simon
Simon Law Co.
11 ½ N. Franklin Street
Chagrin Falls, Ohio 44022
T: (216) 816-8696
james@simonsayspay.com

*Counsel for Plaintiff Candice Wilhelm*

/s/ Scott T. Sakiyama

Scott T. Sakiyama
ORRICK, HERRINGTON & SUTCLIFFE LLP
353 N. Clark Street, Suite 3600
Chicago, Illinois 60654
T :(312) 924-9800
F: (312) 924-9899
ssakiyama@orrick.com

*Attorney for Defendant OKCoin USA Inc.*